**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
Y.Q., *individually and behalf of I.H., a child with a disability*,

                      Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                      Defendant.
------------------------------------- x

ORDER

19 Civ. 10726 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       February 11, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge